

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | |
| | No. 08-13-00086-CV |
| § | |
| | Appeal from the |
| § | |
| IN THE INTEREST OF R.L.H. | 65th District Court |
| § | |
| | of El Paso County, Texas |
| § | |
| | (TC# 95,271) |
| § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.